# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3362

_____

United States of America

*Plaintiff - Appellee*

v.

Angel Gabino-Gonzalez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: March 22, 2016
Filed: March 24, 2016
[Unpublished]

_____

Before GRUENDER, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

     Angel Gabino-Gonzalez directly appeals the sentence imposed by the district court[1] after he pled guilty to a drug offense, pursuant to a plea agreement containing

_____

     [1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

an appeal waiver. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that Gabino-Gonzalez's sentence is unreasonable. After careful review, we enforce the appeal waiver. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (*de novo* review); *United States v. Andis*, 333 F.3d 886, 889-90 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into waiver and plea agreement, and enforcing waiver would not result in miscarriage of justice). Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.

Accordingly, we dismiss the appeal and grant counsel's motion to withdraw.

_____